**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6085**

DEMAR WORRELL,

Plaintiff – Appellant,

v.

WAYNE COUNTY DISTRICT ATTORNEY'S OFFICE; MOUNT OLIVE POLICE
DEPARTMENT; BRANSON VICKORY, III; MIKE RICKS; LT. TOMMY
BROWN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:12-ct-03121-FL)

Submitted: May 23, 2013                   Decided: May 29, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Demar Worrell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demar Worrell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Worrell v. Wayne County District Attorney's Office, No. 5:12-ct-03121-FL (E.D.N.C., Dec. 6, 2012). We deny as moot Worrell's motion to expedite decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED